# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-1823

_____

Calvin C. Hollowell

*Plaintiff - Appellant*

v.

Ally Bank; Pablo Villatore, Salesman, Superior Dodge Chrysler Jeep; Justin
McGrew, Sales Manager, Superior Dodge Chrysler Jeep; Kit Coleman

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: October 7, 2019
Filed: October 8, 2019
[Unpublished]

_____

Before BENTON, KELLY, ERICKSON, Circuit Judges.

_____

PER CURIAM.

Calvin Hollowell appeals after the district court[1] dismissed his civil action related to the purchase of a vehicle. After careful de novo review, see Roe v. Nebraska, 861 F.3d 785, 787 (8th Cir. 2017), we conclude that Hollowell failed to allege facts that would entitle him to relief under 42 U.S.C. §§ 1983 and 1985, or under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p, see Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (plaintiff must provide short and plain statement of claim showing that he is entitled to relief); see also Magee v. Trs. of Hamline Univ., Minn., 747 F.3d 532, 536-37 (8th Cir. 2014) (plaintiff failed to state § 1983 claim against private party where no facts plausibly alleged mutual understanding between private party and state actor); Federer v. Gephardt, 363 F.3d 754, 758 (8th Cir. 2004) (to state § 1985 claim, plaintiff must allege violation of federally protected right). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.